**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-7391**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

MAKITA BOONE,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  James C. Dever III, District Judge.  (4:21-cr-00056-D-1)

---

Submitted:  April 20, 2023                                            Decided:  April 25, 2023

---

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Makita Boone, Appellant Pro Se.  Katharine Paige O'Hale, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Makita Boone appeals the district court's order denying her 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release.  We review the district court's denial of a compassionate release motion for abuse of discretion.  *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021).  We have reviewed the record and conclude that the court did not abuse its discretion and sufficiently explained the reasons for the denial.  *See United States v. High*, 997 F.3d 181, 188-91 (4th Cir. 2021) (discussing amount of explanation required for denial of compassionate release motion).  Accordingly, we affirm the district court's order and deny Boone's motions for appointment of counsel and bail pending appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*